**Dian C. KISHUN, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security; Lisa De Soto, Deputy Commissioner of Disability Adjudication and Review Board, Defendants–Appellees.**

No. 10–1276.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 25, 2011.

Decided: March 14, 2011.

Dian C. Kishun, Appellant Pro Se. Robert K. Crowe, Social Security Administration, Baltimore, Maryland, for Appellee Astrue.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dian C. Kishun appeals the district court's order granting Astrue's motion for judgment on the pleadings, affirming the decision of the administrative law judge, and denying Kishun's motion for judgment on the pleadings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kishun v. Astrue,* No. 5:08–cv–00614–BO (E.D.N.C. Jan. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*